# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 21 2017

UNITED STATES OF AMERICA,

Plaintiff,

vs.

IREPANI YOOKO,
aka JOSE LUIS SOLORIO-RUIZ,

Defendant.

Case No. 17CR1597-L

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☒ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

Title 8, U.S.C., Sec. 1326(a) and (b) – Attempted Reentry of Removed Alien

Dated: 9/21/2017

Hon. ~~M. James Lorenz~~ Roger T Benitez
United States District Judge